FILED
MAR 27 2013
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| ANTOINETTE HEGGINS,<br><br>    Petitioner,<br><br>    v.<br><br>DEBORAH K. JOHNSON, Warden,<br><br>    Respondent. | Case No. EDCV 12-1678-DOC (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: 3/27/13

*David O. Carter*

David O. Carter
Chief United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 27 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY