JS-6/ENTER

FILED
MAR 27 2013
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ANTOINETTE HEGGINS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DEBORAH K. JOHNSON, Warden,<br><br>　　　　Respondent. | Case No. EDCV 12-1678-DOC (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: 3/27/13

_/s/ David O. Carter_
David O. Carter
Chief United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 27 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY